

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00852-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On March 27, 2019, the real parties in interest filed a Motion for Emergency Relief. After considering the motion, all relief requested in the motion is DENIED.

It is so **ORDERED** on March 27, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable Gloria Saldana signed the complained-of order.